# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RODNEY A. CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:25-cv-01784-JMB |
| ST. CHARLES COUNTY JAIL, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Plaintiff's civil rights complaint. Plaintiff has neither paid the filing fee nor filed an application to proceed in the district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a copy of the application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit the application to proceed in district court without prepaying fees or costs within 21 days of the date of this Order.

**IT IS FURTHER ORDERED** if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

Dated this 9th day of December, 2025.

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE